**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

TOM BECKMEYER,

    Plaintiff,

v.                                                                                    Case No: 8:13-cv-1953-T-30TGW

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____

## ORDER

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Thomas G. Wilson (Dkt. #18). The Court notes that neither party filed written objections to the Report and Recommendation and the time for filing such objections has elapsed.

After careful consideration of the Report and Recommendation of the Magistrate Judge in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1.    The Report and Recommendation (Dkt. #18) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2.    The decision of the Defendant Commissioner is AFFIRMED.

   3. The Clerk is directed to enter judgment pursuant to Rule 58 in favor of the Defendant.

   4. The Clerk is directed to close this case.

   **DONE** and **ORDERED** in Tampa, Florida, this 16th day of June, 2014.

               */s/ James S. Moody, Jr.*
               JAMES S. MOODY, JR.
               UNITED STATES DISTRICT JUDGE

<u>Copies Furnished To</u>:
Counsel/Parties of Record

S:\Odd\2013\13-cv-1953 adopt 18.docx